United States Court of Appeals
Fifth Circuit

**F I L E D**

**November 14, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-61075
Summary Calendar

JASWINDER SINGH

                Petitioner

    v.

ALBERTO R GONZALES, US ATTORNEY GENERAL

                Respondent

--------------------
Petition for Review of an Order of the
Board of Immigration Appeals
BIA No. A73 084 795
--------------------

Before KING, HIGGINBOTHAM, and GARZA, Circuit Judges.

PER CURIAM:[*]

    Jaswinder Singh has filed a petition for review of a final
order of the Board of Immigration Appeals (BIA) affirming the
denial of his motion to reopen his removal proceeding.  Singh was
ordered removed in absentia when he failed to appear for his
removal hearing.

    Singh argues that the BIA abused its discretion in denying
his motion to reopen.  Singh argues that the BIA erred in its
factual finding that he understood the significance of the

--------------------

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Notification Requirement Change of Address form.  We have reviewed the record and the briefs submitted by the parties and have determined, in view of the substantial evidence, that Singh knowingly provided his address to the immigration court at the time of his release on bond.  The BIA did not abuse its discretion in denying his motion to reopen.  See Lopez-Gomez v. Ashcroft, 263 F.3d 442, 444 (5th Cir. 2001).  Accordingly, Singh's petition for review is DENIED.